

**UNITED STATES PROBATION AND PRETRIAL SERVICE**

# MEMORANDUM

**DATE:** December 4, 2025

**TO:** Honorable John L. Sinatra, Jr.
U.S. District Judge

**FROM:** Ryan P. Varecka
U.S. Probation Officer

**SUBJECT:** Jose Velazquez-Aponte
Case Number: 1:24CR00079-001
<u>Request to Travel Outside the United States</u>

On September 18, 2025, Mr. Velazquez-Aponte was sentenced by Your Honor to time served to be followed by two (2) years of supervised release after pleading guilty to violating 18 U.S.C. § 922(j) and 18 U.S.C. § 924(a)(2), Possession of a Stolen Firearm. Special conditions imposed by the Court at the time of sentencing included substance abuse testing/treatment; comply with all orders of protection, including any extreme risk protection orders; notify probation officer of all orders of protection; and search/seizure. Mr. Velazquez-Aponte's term of supervised release commenced on September 18, 2025.

Since the commencement of supervised release, Mr. Velazquez-Aponte has had no known instances of noncompliance. He maintains full-time employment at Basil Resale Sheridan, and lives in a stable residence with his son. On November 21, 2025, Mr. Velazquez-Aponte requested to travel to Santo Domingo, Dominican Republic, for a vacation from January 21, 2026, through January 28, 2026. As Mr. Velazquez-Aponte will be leaving the U.S., the Court's approval for this travel is required. The Probation Office has no objection to this request and Assistant United States Attorney Garrett Fitzsimmons also indicated no objection to the request. This officer contacted the Embassy of the Dominican Republic, which indicated that Mr. Velazquez-Aponte will be subject to normal entry requirements including a valid passport.

Please indicate below if the Court will approve or deny this travel.

Jose Velazquez-Aponte
1:24CR00079-001
Page 2 of 2

Prepared by:

_____
Ryan P. Varecka
U.S. Probation Officer

Reviewed by:

_____
John P. Taberski
Supervising U.S. Probation Officer

_____
Honorable John L. Sinatra, Jr.
U.S. District Judge

12-4-2025

[X] Travel Approved
[ ] Travel Denied